UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN DOE,**

    **Plaintiff,**

                               CASE NO. 4:17-cv-00516-MW-CAS

**FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES; FRANK
DENENBERG, an individual; and
CODY HARTLEY, an individual,**

    **Defendants.**
_____/

## JOINT STATUS REPORT

Pursuant to this Court's Initial Scheduling Order [Doc. 3] the parties hereby file a joint status report, and state:

1. The parties' joint report as required by Rule 26(f) and pursuant to the Initial Scheduling Order was filed on December 21, 2017.

2. The parties exchanged their initial Rule 26 disclosures on January 4, 2018.

3. Defendants served their First Set of Interrogatories and First Request for Production to Plaintiff on January 22, 2018. On March 5, 2018, the Plaintiff served his Answers to Interrogatories and his Response to the Defendant's First Request for Production. The parties agreed to extend the due-date on those

responses from February 21 to March 5, because the Plaintiff's attorney was in a trial from February 19 to March 2.

    4.    On March 9, 2018, the Plaintiff served his First Request for Production. The response will be due on April 10, 2018.

    5.    Defendants will take the deposition of Plaintiff on March 30, 2018.

    6.    The parties have set aside April 9, 10 and 13 to take the deposition of witnesses.

Respectfully submitted this 19th day March 2018.

THE MACNAMARA LAW FIRM, P.A.    HENRY BUCHANAN, P.A.

*s/ Michael L. MacNamara*
Michael L. MacNamara
Florida Bar No. 0093603
Post Office Box 883
Tallahassee, Florida 32302
Tel: 850-284-4944
Email: macnamara.law@gmail.com
*ATTORNEY FOR PLAINTIFF*

*s/ Miriam R. Coles*
J. STEVEN CARTER
Florida Bar No. 896152
scarter@henryblaw.com
MIRIAM R. COLES
Florida Bar No. 58402
mcoles@henryblaw.com
JOSEPH V. GARDNER
Florida Bar No. 111987
jgardner@henryblaw.com
Post Office Drawer 14079
Tallahassee, Florida 32317-4079
(850) 222-2920: Telephone
(850) 224-0034: Facsimile
*Counsel for Defendants: FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES, FRANK DENENBERG and CODY HARTLEY*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of has been furnished via CM/ECF, which will automatically send e-mail documentation of such filing to all attorneys of record on this 19th day of March 2018.

                                          *s/ Miriam R. Coles*
                                          ATTORNEY