UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN DOE,**

    Plaintiff,

v.                                      CASE NO.  4:17-cv-516-MW-CAS

**FLORIDA STATE UNIVERSITY BOARD
OF TRUSTEES; FRANK DENENBERG,**
an individual; and **CODY HARTLEY,**
an individual,

    Defendants.
_____/

## PLAINTIFF'S AMENDED MOTION FOR ORDER REQUIRING PRODUCTION OF MATERIAL PROTECTED BY 20 U.S.C.A. § 1232(G)

Plaintiff, through the undersigned attorney, hereby moves this Court for an Order directing Defendant Florida State University Board of Trustees to produce information protected under 20 U.S.C.A. § 1232(G), and states the following in support thereof:

1. This case is focused to a large extent on examining Defendants' conduct in investigating and handling a burglary complaint wherein Plaintiff was misidentified as a suspect. This examination necessarily includes other students who were involved, including but not limited to the student whom Plaintiff asserts is a more appropriate suspect. It is critical to Plaintiff's case to examine the information regarding the more appropriate suspect which was available to

1

Defendants during their investigation, and to compare Plaintiff to the more appropriate suspect.

2. Defendant Florida State University Board of Trustees (FSU) properly complied with the requirements of 20 U.S.C.A. § 1232(G) by refusing to produce certain information absent a court order in responding to Plaintiff's Request for Production. Specifically, Defendant refused to produce documents responsive to Plaintiff's requests number 5, 11, 12, 14, 16, and 31.

3. The records sought though this motion include documentation for four students (not including Plaintiff); the more appropriate suspect, the two reporting students, or victims, and Plaintiff's roommate, all who were present on the night in question. Plaintiff's 5th request for production seeks the Title IX file for the more appropriate suspect. Plaintiff's 11th request for production seeks the housing file for Plaintiff, which also appears to contain housing communications relating to non-party student witnesses, primarily the reporting students/victims, related to the subject matter of the litigation. Plaintiff's 12th request for production seeks the housing file for the more appropriate suspect, and Plaintiff agreed to limit this request to the school year in question only. Plaintiff's 14th request for production seeks building access logs for the more appropriate suspect from August 24, 2016 through September 5, 2016. Plaintiff's 16th request for production seeks correspondence between involved parties. Plaintiff's 31st request for production is

2

a "catch-all" provision, and Defendant identified documents pertaining to the four students listed at the top of this paragraph which are being withheld pursuant to 20 U.S.C.A. § 1232(G).

4.   Access to the more appropriate suspect's records is imperative for Plaintiff in building a case.  One such record is a simply a photo of the more appropriate suspect –officers on scene had access to both Plaintiff's photo, and the other student's photo, and Plaintiff believes that both photos matched the description provided by the victims.

5.   Plaintiff's discovery requests are narrowly-tailored, and not designed to invade the privacy of students not involved in the instant litigation.  This motion is made in good faith, and Plaintiff agrees to comply with the provisions of 20 U.S.C.A. § 1232(G), including not disseminating the information to other third parties without the written consent of the impacted parties, and destroying the information in question at the conclusion of the litigation.

## CERTIFICATE OF CONFERRAL

Plaintiff conferred with opposing counsel prior to filing the instant motion, and there is no objection to the relief sought herein.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing motion has been furnished to all counsel of record via CM/ECF this 15th day of May, 2018.

Respectfully submitted,

_____
Adam Ellis; FBN 35628
MARIE A. MATTOX, P. A.
310 East Bradford Road
Tallahassee, FL 32303
Telephone: (850) 383-4800
Facsimile: (850) 383-4801
adam@mattoxlaw.com
ATTORNEYS FOR PLAINTIFF