UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN DOE,

    *Plaintiff,*

v.                            Case No. 4:17cv516-MW/CAS

FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES, et al.,

    *Defendants.*
_____/

## ORDER REQUIRING PRODUCTION OF INFORMATION PROTECTED UNDER 20 U.S.C. § 1232(G)

This Court has considered, without hearing, Plaintiff's Consented Motion for Order Requiring Production of Material Protected by 20 U.S.C. § 1232(G), ECF No. 27, and Plaintiff's Amended Consented Motion for Order Requiring Production of Material Protected by 20 U.S.C. § 1232(G), ECF No. 28. The motions, ECF Nos. 27 & 28, are **GRANTED**. Defendant is ordered to produce documents responsive to Plaintiff's requests numbered 5, 11, 12, 14, 16, and 31. Plaintiff must comply with the provisions of 20 U.S.C. § 1232(G), including not disseminating the information to third parties without the written consent of the

impacted parties and destroying the information in question at the conclusion of the litigation.

**SO ORDERED on May 15, 2018.**

**s/Mark E. Walker             
United States District Judge**
