UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN DOE,**

    **Plaintiff,**

**v.**                                                                CASE NO.   4:17-cv-00516-MW-CAS

**FLORIDA STATE UNIVERSITY BOARD
OF TRUSTEES and FRANK DENENBERG
And CODY HARTLEY, INDIVIDUAL**

    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF RESOLUTION

Plaintiffs hereby notify the Court, pursuant to N. D. Fla. Loc. R. 16.2(A), that this matter has been amicably resolved between all parties, with each side to bear their own fees and costs. Plaintiffs' requests that the Court retain jurisdiction over this matter to enforce the terms of the settlement and to address other matters as may be necessary.

    Respectfully submitted,

    /s/ Marie A. Mattox
    Marie A. Mattox [FBN 0739685]
    MARIE A. MATTOX, P.A.
    310 East Bradford Road
    Tallahassee, Florida 32303
    Primary Email: marie@mattoxlaw.com
    Secondary Email: michelle@mattoxlaw.com
    (850) 383-4800 (telephone)
    (850) 383-4801 (facsimile)

    ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by CM/ECF to all counsel of record this 26th day of July, 2018.

/s/ Marie A. Mattox
Marie A. Mattox